UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT IBARRA,<br><br>        Plaintiff,<br><br>  v.<br><br>DOMINO'S PIZZA DISTRIBUTION LLC; DOMINO'S PIZZA, LLC; DAN CHARBONEAU; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-70-VAP (OPx)<br><br>**JUDGMENT OF DISMISSAL AS TO DEFENDANT CHARBONEAU ONLY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to Defendant Dan Charboneau only.  The Court orders that such judgment be entered.

Dated: February 20, 2008

                                   VIRGINIA A. PHILLIPS<br>                                 United States District Judge